UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEVORG MKRTCHYAN, | ) | CASE NO. CV 11-7197-AG (AGR) |
|         Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|         Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: November 30, 2012

                                ANDREW J. GUILFORD
                                United States District Judge